UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-2 RAEF HAMAED, R.PH.,

    Defendant.
_____/

Case No. 20-cr-20162
Hon. Linda V. Parker

**OPINION AND ORDER
DENYING DEFENDANT RAEF HAMAED'S THIRD MOTION TO DELAY
VOLUNTARY SURRENDER DATE(ECF No. 462)**

On September 5, 2024 the jury found Hamaed guilty of one count of conspiracy to commit health care fraud and wire fraud (Count 1).  (ECF No. 290.)  On January 8, 2025 the Court sentenced Hamaed to 120 months of imprisonment. (ECF No. 349.)  He is currently released on bond and scheduled to surrender to the designated Bureau of Prisons ("BOP") facility on August 12, 2025.  This Court has already granted two requests to delay Hamaed's date of voluntary surrender.  (ECF Nos. 411, 439.)  This matter is currently before the Court on Hamaed's third motion to delay his voluntary surrender date. (ECF No. 462.)  The United States opposes the motion.  (ECF No. 463.)  For the reasons set forth below, the motion is **DENIED**.

Hamaed wishes to delay his surrender date to attend a meeting of the Nevada Board of Pharmacy on September 3 and 4 in Reno, Nevada as part of the sale of his pharmacy in Arizona. However, Hamaed has provided no information indicating that his presence at the meeting will be required, and the Board has informed the government that individuals may participate in hearings by telephone for a variety of reasons. (ECF No. 463, PageID.8312.) The BOP has agreed to facilitate Hamaed's participation in the meeting by phone, including any required communication with counsel. (ECF No. 463, PageID.8313.) As Hamaed can participate by phone if his attendance is required and he will have access to counsel, the Court finds he has not shown good cause to delay the voluntary surrender date.

Consequently, **IT IS ORDERED** that Hamaed's third motion to delay voluntary surrender date (ECF No. 462) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Hamaed shall report to the designated BOP facility by noon on August 12, 2025.

Dated: August 8, 2025                             s/LINDA V. PARKER
                                                  UNITED STATES DISTRICT JUDGE